THE PEOPLE *v.* CUMPIANO ET AL.

APPEAL from the District Court of Mayagüez.

No. 21.—Decided October 7, 1903.

APPEAL.—FELONY.—MISDEMEANOR.—JUDGMENT OF FINE.—When a defendant is sentenced to pay a fine in a criminal case charging a felony, the crime shall be considered a misdemeanor for all purposes after rendition of judgment, and no appeal lies to the Supreme Court.

The facts are set out in the opinion.

*Mr. Rossy (Manuel F.),* for appellant.

*Mr. del Toro, Fiscal,* for respondent.

MR. JUSTICE MACLEARY rendered the following opinion of the Court:

In this cause the defendants were convicted in the District Court of Mayagüez of violation of the election law, in refusing to register a qualified voter, and fined one hundred dol-

lars each.   From this judgment they have taken an appeal to this Supreme Court.   It should not have been allowed. Under articles 14 and 161 of the Penal Code, and article 345 of the Code of Criminal Procedure, this case must be considered as a misdemeanor; and no appeal lies to this court.   For this reason the appeal should be dismissed, for want of jurisdiction, at the costs of the appellants.

*Dismissed.*

Chief Justice Quiñones and Justices Hernandez and Sulzbacher, concurred.

Mr. Justice Figueras did not sit at the hearing of this case.